IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER GEORGE KNOX,                                                PLAINTIFF
ADC # 651242

v.                                        1:15CV00097-JM-JJV

RICHARDS, Psychiatrist,
Correct Care Solutions                                                  DEFENDANT

**ORDER**

Having reviewed Plaintiff's Complaint (Doc. No. 2) for screening purposes, the Court concludes that service is appropriate for Defendant Richards. Plaintiff has not provided a first name for this Defendant. Nevertheless, service will be attempted based on his last name and job title.[1] Defendant Richards is listed as a psychiatrist working at the Grimes Unit in the employ of Correct Care Solutions.

IT IS, THEREFORE, ORDERED that The Clerk of Court shall prepare Summons for Defendant Richards and the United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on him without prepayment fees or costs or security therefore. Service for this Defendant should be through Humphries, Odum and Eubanks Law Firm, P.O. Box 20670, White Hall, AR 71612.

DATED this 15th day of September, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] If these summons are rejected for lack of identifying information, the burden shall fall to Plaintiff to provide a full name for this Defendant..