# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTOPHER GEORGE KNOX,                                                                    PLAINTIFF
ADC # 651242

v.                                              1:15CV00097-JM-JJV

RICHARDS, Psychiatrist,
Correct Care Solutions                                                                       DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 6) be DENIED.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 1st day of December, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE