# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTOPHER GEORGE KNOX,                                                              PLAINTIFF
ADC # 651242

v.                                           1:15CV00097-JM

RICHARDS, Psychiatrist,
Correct Care Solutions                                                                 DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice for failure to prosecute.

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 25th day of April, 2016.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE