# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTOPHER GEORGE KNOX,                                                               PLAINTIFF
ADC # 651242

v.                                     1:15CV00097-JM

RICHARDS, Psychiatrist,
Correct Care Solutions                                                                DEFENDANT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 25th day of April, 2016.

                                               _____
                                               JAMES M. MOODY, JR.
                                               UNITED STATES DISTRICT JUDGE